GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235

**TB TIFFANY & BOSCO**
P.A.

212 SOUTH JONES BOULEVARD
LAS VEGAS, NEVADA 89107
TELEPHONE: (702) 258-8200
FACSIMILE:   (702) 258-8787
*Attorneys for Plaintiff*
14-76382

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., | Case No.: 2:15-cv-00153-MMD-PAL |
| Plaintiff, | |
| vs. | |
| HOLM INTERNATIONAL PROPERTIES, LLC, a Utah Limited Liability Company; DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive, | |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs CITIMORTGAGE, INC., (hereinafter the "Plaintiff") and Defendant HOLM INTERNATIONAL PROPERTIES, LLC (hereinafter "Defendant"), by and through their

///

///

///

///

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

- 1 -

respective counsel, that the instant action be dismissed without prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

Dated this 29th day of April, 2015.                    Dated this 29th day of April, 2015.

**TIFFANY & BOSCO, P.A.**                              **MORTENSON & RAFIE, LLP**

/s/ Gregory L. Wilde                                   /s/ Darius F. Rafie
Gregory L. Wilde, Esq.                                 Darius F. Rafie, Esq.
Nevada Bar No.: 4417                                   Nevada Bar No. 6465
Kevin S. Soderstrom, Esq.                              Kiley N. Luther, Esq.
Nevada Bar No.: 10235                                  Nevada Bar No. 13371
212 South Jones Blvd.                                  10781 West Twain Avenue
Las Vegas, NV 89107                                    Las Vegas, NV 89135
Attorney for Plaintiff                                 Attorney for Defendant
CitiMortgage, Inc.                                     Holm International Properties, LLC

**ORDER**

IT IS SO ORDERED that the instant action be and hereby is dismissed without prejudice in its entirty, with each party to bear its own attorneys' fees and costs.

DATED this 30th day of April, 2015.

_____
DISTRICT COURT JUDGE

Submitted by:

**TIFFANY & BOSCO, P.A.**

/s/ Gregory L. Wilde
Gregory L. Wilde, Esq.
Nevada Bar No.: 4417
Kevin S. Soderstrom, Esq.
Nevada Bar No.: 10235
212 South Jones Blvd.
Las Vegas, NV 89107
Attorney for Plaintiff
CitiMortgage, Inc.

- 2 -